# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>BETTY JEAN DUVALL | Case Number: 3:15-CR-00106-001-SLG<br><br>ORDER ON TERMINATION OF<br>SUPERVISED RELEASE PRIOR TO<br>ORIGINAL EXPIRATION DATE |

Based on the *Report and Order Terminating Supervised Release Prior to Original Expiration Date* filed on July 10, 2023, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ x ]  The defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

[  ]  Other: _____

_____

_____

_____

Dated this 11th day of July, 2023.

*/s/ Sharon L. Gleason*
Honorable Sharon L. Gleason
Chief United States District Judge